# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**J.S., a minor, by and through his mother**                                               **PLAINTIFFS**
**and next friend, LAQUANDRIA JAMES;**
**and J.W., a minor by and through his**
**mother and next friend, SHERIKA**
**WILBON**

**V.**                                                           **NO. 1:16-CV-46-DMB-DAS**

**LOWNDES COUNTY SCHOOL**
**DISTRICT and JOHN LOVE**                                                       **DEFENDANTS**

## **FINAL JUDGMENT**

In accordance with the Order of Dismissal entered this day, this action is **DISMISSED with prejudice**.

**SO ORDERED**, this 26th day of January, 2018.

                                                                      /s/Debra M. Brown
                                                                      **UNITED STATES DISTRICT JUDGE**